IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HOUSHANG MOMENIAN,** *et al.***,**
**24510 Burnt Hill Road**
**Clarksburg, Maryland 20871**

    **Plaintiffs,**

**v.**

**MICHAEL M. DAVIDSON,**
**12654 Lake Ridge Drive, Suite B**
**Woodbridge, Virginia 22192**

    **Defendant.**

Case No.: _____

## NOTICE OF REMOVAL

COMES NOW Defendant Michael M. Davidson ("Mr. Davidson"), by undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby submits this Notice of Removal, removing the above-captioned matter pending in the D.C. Superior Court to this Court, and in support of this Notice states as follows:

1. On May 6, 2015, Plaintiffs Houshang Momenian and Vida Momenian filed a Complaint styled *Houshang Momenian, et al. v. Michael M. Davidson*, in the D.C. Superior Court, Case No. 2015 CA 003331 M. A copy of that Complaint is attached hereto as **Exhibit A**.

2. Mr. Davidson has received a Summons, a Notice pursuant to Rule 4(c)(4) of the D.C. Superior Court Rules of Civil Procedure, and an Initial Order and Addendum pursuant to the above-referenced case, such filings being attached hereto as **Exhibit B**. *See* 28 U.S.C. § 1446(a).

3. According to the Complaint, the Plaintiffs are residents of the State of Maryland.

4. Mr. Davidson is an adult resident of the Commonwealth of Virginia.

5. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship among the necessary and properly named parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *See* Exhibit A (seeking, *inter alia*, the demand of judgment in the amount of $400,000.00, plus interest, costs, and attorneys' fees).

6. This Notice is timely pursuant to 28 U.S.C. § 1446(b). Mr. Davidson first received the Complaint by facsimile on May 20, 2015, and by first-class mail on or about May 28, 2015.

7. Mr. Davidson is not a citizen of Washington, D.C. *See* 28 U.S.C. § 1441(b).

8. By filing this Notice, Mr. Davidson does not waive any of his denials, objections, affirmative defenses, or other defenses under Rule 12, of the Federal Rules of Civil Procedure to Plaintiffs' Complaint.

9. Pursuant to 28 U.S.C. § 1446(d), Mr. Davidson has filed this Notice of Removal with the D.C. Superior Court, and has thereby notified the Clerk of said court of this removal.

10. A copy of the Notice to State Court of Removal filed with the D.C. Superior Court is attached hereto as **Exhibit C**. Mr. Davidson served a copy of this Notice of Removal on Plaintiffs in accordance with 28 U.S.C. § 1446(d).

11. A civil cover sheet for this case is attached hereto as **Exhibit D**.

WHEREFORE, Defendant Michael M. Davidson respectfully requests that this action be removed to this Court from the D.C. Superior Court.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.


*/s/ Alfred L. Scanlan*
Alfred L. Scanlan (D.C. Bar No. 395046)
ascanlan@jackscamp.com
James N. Markels (DC Bar No. 982476)
jmarkels@jackscamp.com
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
*Counsel for Defendant Michael M. Davidson*


## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to:

Christopher G. Hoge, Esquire (D.C. Bar No. 203257)
CROWLEY, HOGE & FEIN, P.C.
1730 Rhode Island Avenue, N.W., #1015
Washington, D.C. 20036
Telephone: (202) 483-2900
*Counsel for Plaintiffs*

*/s/ Alfred L. Scanlan*
Alfred L. Scanlan (D.C. Bar No. 395046)
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
Email: ascanlan@jackscamp.com
*Counsel for Defendant Michael M. Davidson*